## WORSLEY et al. *v.* BENOIST.

Where the certificate of the clerk does not show that the record contains all the evidence adduced on the trial, and there is no statement of facts, bill of exceptions, or assignment of errors apparent on the face of the record filed within the legal delay, the appeal must be dismissed.

APPEAL from the Commercial Court of New Orleans, *Watts*, J. *Mott*, for the plaintiffs. *Grivot*, for the appellant.

The judgment of the court was pronounced by

ROST, J. This is an appeal from a judgment rendered in favor of the plaintiffs, for the balance of an account of goods sold and delivered to the defendant.

The record comes up without the clerk's certificate of its containing all the evidence adduced on the trial below, and without any statement of facts, or bill of exceptions, and the appellant did not file any assignment of errors apparent on the face of the record within the legal delays. The application of the appellees to dismiss the appeal must, therefore, be granted.

*Appeal dismissed.*